[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] AMENDED MEMORANDUM OF DECISION
On May 30, 2001, the attorneys for the parties stipulated the present value of the defendant's (wife's) teachers pension to be $536,000. The $562,872 stated in the decision of May 22, 2001 is corrected to $536,000 (see pages 6 and 9).
The Division of Assets attached to the decision is also corrected from $562,872 to $536,000, whereby the total value of the assets is $1,623,679. The $889,015, and the plaintiff's (husband's) share shall CT Page 7374 remain the same at $734,664. (See attached Division of Assets.)
DIVISION OF ASSETS Husband Wife Total Value Wife CT State Retirement $0.00 $536,000.00 $536,000.00
Husband's Prudential Accounts $228,200.00 $0.00 $228,200.00 and IRA Account
Wife's Prudential IRA $0.00 $43,070.00 $43,070.00
12 Old Road $112,000.00 $0.00 $112,000.00
24 Taunton Lake Drive $0.00 $221,000.00 $221,000.00
139 Mt. Pleasant Road $120,500.00 $0.00 $120,500.00
76 Jeremiah Road (50%) $43,000.00 $0.00 $43,000.00
9 White Birch $35,000.00 $0.00 $35,000.00
24 Old Route 7 $44,000.00 $0.00 $44,000.00
31 Old Route 7 $44,000.00 $0.00 $44,000.00
4 Lots Pt., Charlotte, FL $4,000.00 $0.00 $4,000.00
Parties' Savings Accounts $5,945.00 $5,945.00 $11,890.00
Franklin Mint $3,019.00 $0.00 $3,019.00
Wife's Car $0.00 $3,000.00 $3,000.00
Wife's Jewelry $0.00 $5,000.00 $5,000.00
Cash Value Life Insurance $20,000.00 $0.00 $20,000.00
David Rizzardi Co., Inc. (transfer $75,000.00 $75,000.00 $150,000.00 of 49 shares by wife to husband)
TOTAL VALUE $734,664.00 $889,015.00 $1,623,679.00